# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

WEB Construction Incorporated, a
Minnesota corporation,

        Plaintiff,                      Civil No. 06-5061 (RHK/AJB)

      v.                                  **ORDER**

Cincinnati Insurance Company, an
Ohio corporation,

        Defendant.

---

     Itron, Inc's Motion for Leave to File an Amicus Curiae Brief (Doc. No. 30) is

**DENIED**.

Dated: August 30, 2007

                                                      s/Richard H. Kyle
                                                      RICHARD H. KYLE
                                                      United States District Judge